JS - 6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WILLIE JONES, JR., | Case No. CV 11-6728-ODW (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| R. TRIMBLE, WARDEN, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: March 13, 2012

Otis D. Wright, II
United States District Judge